### H. SNYDER v. HUGH McDONALD.
No. 13,127.   (72 Pac. 1101.)

Error from Reno district court; M. P. SIMPSON, judge. Opinion filed May 9, 1903. Affirmed.

*James McKinstry*, for plaintiff in errror.
*Fairchild & Lewis*, for defendant in error.

*Per Curiam:* There are no complaints to the giving or refusing of instructions nor to the admission or rejection of evidence. The only error complained of is that the evidence does not support the general finding. Our attention is not directed to any particular fact upon which the evidence is essentially weak, and it appears that there is some competent evidence tending to prove the material facts necessary to entitle the plaintiff to recover.

The judgment is affirmed.